UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| EBONIA ELLIOTT-LEWIS, et al., | * | |
| | * | |
| Plaintiffs/Relators, | * | |
| | * | |
| v. | * | Civil Action No. 14-cv-13155-IT |
| | * | |
| ABBOTT LABORATORIES, INC., | * | |
| | * | |
| Defendant. | * | |

MEMORANDUM & ORDER

April 14, 2016

TALWANI, D.J.

        The court has previously dismissed Plaintiff's complaint.  Now pending before the court

is Defendant's assented-to motion [#43] to impound certain exhibits attached to Plaintiff's

complaint.  Although the public has a presumptive common-law right of access to judicial

documents, "this presumptive right of access attaches to those materials 'which properly come

before the court in the course of an adjudicatory proceeding and which are relevant to that

adjudication.'"  In re Providence Journal Co., Inc., 293 F.3d 1, 9-10 (1st Cir. 2002) (quoting FTC

v. Standard Fin. Mgmt. Corp., 830 F.2d 404, 412-13 (1st Cir. 1987)).  In other words, the

presumptive right of access extends to materials on which a court relied.  Id. at 9-10.  Here, the

court did not rely on these documents in deciding the motion.  Accordingly, the court GRANTS

Defendant's motion [#43], and the exhibits at issue are hereby impounded.

        IT IS SO ORDERED.

                                                                /s/ Indira Talwani
Date: April 14, 2016                              United States District Judge