**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

**EBONIA ELLIOTT-LEWIS, et al.,**
**Plaintiffs,**

**v.** **Civil Action No. 1:14-cv-13155-IT**

**ABBOTT LABORATORIES, INC.,**
**Defendant.**

**ORDER OF RECUSAL**
**April 2, 2019**

**TALWANI, D.J.**

Pursuant to 28 U.S.C. § 455(b)(4), I recuse myself from participation in this matter and direct the clerk forthwith to reassign the case randomly to another District Judge.

**IT IS SO ORDERED.**

**/s/ Indira Talwani**
**United States District Judge**